FILED
May 26, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARLINGTON CAINE,

    Defendant.

Case No. 2:21-mj-00076-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARLINGTON CAINE, Case No. 2:21-mj-00076-DB  Charge 21 U.S.C. § 841 and 846, from custody for the following reasons:for the following reasons:

    _____    Release on Personal Recognizance

    __X__    Bail Posted in the Sum of $ 50,000.00

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    __X__    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    __X__    (Other):   Conditions as stated on the record

Issued at Sacramento, California on May 26, 2021 at 4:30 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE