UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 26, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARLINGTON CAINE,

Defendant.

Case No.  2:21-mj-00076-DB

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARLINGTON CAINE,

Case No.  2:21-mj-00076-DB  Charge 21 U.S.C. § 841 and 846, from custody for the

following reasons:for the following reasons:

|        |                                                      |
|--------|------------------------------------------------------|
| _____ | Release on Personal Recognizance                     |
| X      | Bail Posted in the Sum of $   50,000.00              |
| _____ | Unsecured Appearance Bond $                          |
| _____ | Appearance Bond with 10% Deposit                     |
| X      | Appearance Bond with Surety                          |
| _____ | Corporate Surety Bail Bond                           |
| X      | (Other):____  Conditions as stated on the record     |

Issued at Sacramento, California on May 26, 2021 at 4:30 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE